UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-07205 |
| Arlene D Higgins | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | Lake County |
| Debtor(s) | ) | |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY AS TO A 2016 CHEVROLET CRUZE

This cause coming on to be heard upon the motion for relief from the automatic stay brought by Consumers Credit Union, due notice having been given and the Court being fully advised in the premises;

IT IS HEREBY ORDERED:

A. That the automatic stay is modified to permit Consumers Credit Union to exercise its state law remedies against its collateral, the 2016 Chevrolet Cruze VIN 1G1PE5SB4G7217816.   *in rem*

B̶. C. That the 14 (fourteen) day waiting period required by Federal Rule of Bankruptcy Procedure 4001(a)(3) is not applicable to this case.

Enter:

*/s/ A. Benjamin Goldgar*
Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: **NOV 1 6 2018**

**Prepared by:**
Trunkett & Trunkett, P.C.
20 N. Wacker Drive, Suite 1434
Chicago, IL 60606
312.324.3101
Kerry Trunkett: 6188221
Caroline Hasten: 6316656
chasten@trunkettlawpc.com

Rev: 20170105_bko